**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**SHIRLEY G. WALKER**                                               **PLAINTIFF**

**V.**                                    **NO: 4:07CV00620**

**UNUM LIFE INSURANCE**
**COMPANY OF AMERICA**                                    **DEFENDANT**

**ORDER**

Pursuant to the stipulation for dismissal with prejudice filed by the parties, docket # 15,

this case is hereby dismissed with prejudice with each party to bear their own costs and

attorney's fees.  The Clerk is directed to close the case.

IT IS SO ORDERED this 3rd  day of December, 2007.

James M. Moody
United States District Judge